UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **VICTOR SUAREZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:22-CV-4437** |
| | § | |
| **HOME DEPOT U.S.A., INC.,** | § | |
| | § | |
| Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Parties have notified the Court that all claims pending in this lawsuit have been resolved. ECF No. 34. The case is therefore **DISMISSED WITHOUT PREJUDICE**. The lawsuit shall be reinstated if either Plaintiffs or Defendant represent to the Court, within sixty days of this Order, that dismissal could not be documented completely. The claims will be **DISMISSED WITH PREJUDICE** sixty days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 14th day of June, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE